IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **In re: PARAQUAT PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to**<br><br>*Walter Matheis v. Syngenta AG; Syngenta Crop Protection, LLC; & Chevron U.S.A., Inc.*<br>**Case No. 3:23-pq-03590-NJR** | **Case No. 3:21-md-3004-NJR**<br><br>**MDL No. 3004** |

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to Plaintiff's Notice of Voluntary Dismissal filed March 12, 2024 (Doc. 3), this action is **DISMISSED without prejudice** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

**DATED: March 18, 2024**

                                                  MONICA A. STUMP,
                                                  Clerk of Court

                                                  By:  *s/ Deana Brinkley*
                                                          Deputy Clerk

**APPROVED:** *s/ Nancy J. Rosenstengel*
                     NANCY J. ROSENSTENGEL
                     Chief U.S. District Judge